■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB WISSENFELD, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: We have gone into the contention of the appellant that the crime of assault with intent to commit robbery of which the appellant was convicted in 1948, in California, would not have been a felony if committed in New York State, and have decided that such contention is without merit. All concur. (Appeal from order of Wyoming County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ In the Matter of the Arbitration between ALBERT ELIA BUILDING COMPANY, INC., Respondent, and COUNTY OF NIAGARA, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of GEORGE FITZGERALD, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding dismissed, without costs upon stipulation.

■ ARDITH B. SPROYERI, Plaintiff, v. ORLO A. IVES, JR., Defendant.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH A. DANIELS, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of the Estate of MAX M. OPPENHEIM, Deceased.— Appeal dismissed, without costs, upon stipulation.

■ CESARE NICOMETI, Appellant, v. CERTAIN-TEED PRODUCTS CORP., Respondent.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL MININNI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed, without costs.

■ MARIO PAPARO et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent.— Appeal of State of New York dismissed unless printed records and briefs are filed and served on or before August 1, 1959.

■ HENRY M. ROSZYK, Respondent, v. HELEN M. ROSZYK, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before July 1, 1959.

■ In the Matter of L. & J. G. STICKLEY, INC., et al., Appellants, against I. FLEISCHMAN & SONS, INC., Respondent.— Motion to place case on September court calendar ·denied and case set down for argument on May 14, 1959; time for respondent to file and serve brief extended to June 1, 1959.

■ FACULTY STUDENT ASSOC. OF STATE UNIVERSITY TEACHERS COLLEGE AT OSWEGO, INC., Plaintiff, v. ANNA M. WILSON BROWN et al., Defendants.— Oral motion to dismiss motion on the ground that motion was not timely served granted. In passing, we express the view that the order is appealable.

■ ROSE M. COMMISSO, Respondent, v. ALLEN E. MEEKER et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before July 15, 1959.